# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PENA,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN DIEGO; SAN DIEGO SHERIFF'S DEPARTMENT, DEPUTY SHERIFFS BARTLET, CHAMBERLIN, VASQUEZ, DIMIGNE, UDAN, and UNNAMED DEPUTY SHERIFFS 1-20,<br><br>        Defendants. | No. 07-cv-1691-IEG(WMc)<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Upon reading the parties' Joint Motion For Dismissal With Prejudice,

IT IS HEREBY ORDERED that:

1)   Plaintiff Michael Pena's complaint and this entire action as to all claims, defendants and parties is dismissed with prejudice; and

2)   The parties each waive any and all claims to attorneys' fees and costs and shall each bear their own attorneys' fees and costs in this action.

DATED:  November 19, 2008

_____
IRMA E. GONZALEZ, Chief Judge
United States District Court

07-cv-1691-IEG(WMc)